**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**NIRMIN ELBA,**

      **Plaintiff,**

      **v.**                             **Case Number 2:23-cv-4108
JUDGE EDMUND A. SARGUS, JR.**

**MAC'S CONVENIENCE STORES,**     **Magistrate Judge S. Courter M. Shimeall**
**LLC, D/B/A CIRCLE K,**

      **Defendant.**

## <u>ORDER</u>

This matter is before the Court on three filings. On March 27, 2026, (1) counsel for Plaintiff Nirmin Elba—Mr. Donald Gallick—moved to withdraw as attorney (ECF No. 58), (2) Plaintiff Nirmin Elba and Defendant Mac's Convenience Stores, LLC, d/b/a Circle K jointly filed a Stipulation of Dismissal With Prejudice (ECF No. 59), and (3) this Court set a Show Cause Hearing (ECF No. 60).

In their Stipulation of Dismissal, the Parties stipulate to the dismissal of this case in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 59.) Plaintiff and Defendant further stipulate that they shall bear their own costs, expenses, and fees, including, but not limited to, attorneys' fees. (*Id.*) The Stipulation of Dismissal is signed by Plaintiff, counsel for Plaintiff, and counsel for Defendant. (*Id.*)

Accordingly, the Court **DENIES AS MOOT** (ECF No. 58) Plaintiff's Motion to Withdraw as Attorney. The Court **VACATES** the Show Cause Hearing set for April 6, 2026, at 10:00 a.m. (ECF Nos. 60, 61.) The Parties are no longer obligated to show cause as to why they should not be held in contempt, but they have been warned through the Court's Order (ECF No. 60) that any future flouting of this Court's orders may result in a show cause hearing. Upon

request of the Parties in their Stipulation of Dismissal, this Court retains jurisdiction over the

enforcement of the Parties' settlement agreement. (ECF No. 59.)

The Clerk is **DIRECTED** to terminate this case. The Clerk is further **DIRECTED** to

send a copy of this Order to Plaintiff by email.

**IT IS SO ORDERED.**

**3/31/2026**　　　　　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**